**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **SUSAN M. BOLTZ-RUBINSTEIN,** | : | |
| | : | Bky. No. 10–16541 ELF |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |
| **SUSAN M. BOLTZ-RUBINSTEIN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BAC HOME LOANS SERVICING/BANK OF AMERICA, N.A. AND** | : | |
| **NATIONAL RESIDENTIAL ASSETS CORP.** | : | Adv. No. 16-265 |
| | : | |
| Defendants. | : | |
| | : | |
| **SUSAN M. BOLTZ-RUBINSTEIN,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BANK OF AMERICA, N.A.,** | : | |
| **UNITED GUARANTY RESIDENTIAL** | : | |
| **INSURANCE COMPANY OF NORTH** | : | |
| **CAROLINA,** | : | |
| **AIG** | : | Adv. No. 16-362 |
| | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of Bank of America's Motion to Dismiss Adversary Proceeding 16-265 ("the Bank of America Motion") and United Guaranty's Motion to Dismiss Adversary 16-362 ("the United Guaranty Motion"), and for the reasons set forth in the accompanying Memorandum:

It is hereby **ORDERED** that:

1. In Adv. No. 16-265, the Bank of America Motion is **GRANTED IN PART and DENIED IN PART**:

    a. The Bank of America Motion is **DENIED** as to Count IV, the Debtor's claim under 11 U.S.C. §362(k).

    b. The Bank of America Motion is **GRANTED** as to all other claims, including all claims against National Residential Assets Corp.

    c. Count I of the Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**.

    d. Counts II and II of the Complaint are **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

2. In Adv. No. 16-362, the United Guaranty Motion is **GRANTED** and

    a. Counts I, II and III are **DISMISSED WITHOUT LEAVE TO AMEND**.

    b. Counts IV and V are **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

3. In Adv. No. 16-265, Bank of America shall file an Answer to the Amended Complaint **on or before October 10, 2017**.

Date: **September 18, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**